Filed 2/18/21  P. v. Villarreal CA5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

**IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA**

**FIFTH APPELLATE DISTRICT**

| | |
|---|---|
| THE PEOPLE , <br><br> Plaintiff and Respondent, <br><br> v. <br><br> MARIO VILLARREAL, JR., <br><br> Defendant and Appellant. | F080441 <br><br> (Super. Ct. No. F19906265) <br><br><br> **OPINION** |

**THE COURT**[*]

APPEAL from a judgment of the Superior Court of Fresno County.  Heather M. Jones, Judge.

Richard Fitzer, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

[*]    Before Hill, P.J., Poochigian, J. and Snauffer, J.

Appointed counsel for defendant Mario Villarreal, Jr., asked this court to review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised of his right to file a supplemental brief within 30 days of the date of filing of the opening brief. Defendant did not respond. Finding no arguable error that would result in a disposition more favorable to defendant, we affirm.

## BACKGROUND

On September 11, 2019, at about 11:12 p.m., defendant was stopped for failing to come to a complete stop at a stop sign. He did not have a valid driver's license and was on mandatory supervision. Defendant told the officer the car he was driving belonged to his mother and he had asked to borrow it. When an officer contacted defendant's mother, she said defendant had taken her keys and stolen her car.

On September 27, 2019, defendant pled no contest to unlawful driving or taking of a motor vehicle (Veh. Code, § 10851, subd. (a); count 1), admitted that the value of the vehicle was more than $950, and admitted having suffered two prior convictions under Vehicle Code section 10851, subdivision (a) (Pen. Code, § 666.5). The remaining counts and allegations were dismissed.

On December 6, 2019, the trial court sentenced defendant to two years in prison. The court awarded credits and imposed various fines and fees.

On December 12, 2019, defendant filed a notice of appeal. The trial court denied his request for a certificate of probable cause.

After reviewing the record, we find no arguable error on appeal that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.